**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1743**

———————

LUZ D. WICKS,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Charles E. Simons, Jr., Senior Dis-
trict Judge.  (CA-96-1022-4-6JI)

———————

Submitted:  October 28, 1997          Decided:  December 9, 1997

———————

Before ERVIN and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Luz D. Wicks, Appellant Pro Se.  Ronald Lamar Paxton, UNITED STATES
DEPARTMENT OF HEALTH & HUMAN SERVICES, Atlanta, Georgia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order affirming the decision of the Commissioner which denied Appellant disability insurance benefits but granted supplemental insurance benefits. We have reviewed the record and the district court's order accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wicks v. Apfel</u>, No. CA-96-1022-4-6JI (D.S.C. May 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>